UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

JENNIFER GALLARDO, et al,

                Plaintiffs,

        v.                           Civil No.6:10-cv-6258-AA

THE OREGON HEALTH LICENSING
AGENCY (OHLA); RANDY EVERITT,
Director (OHLA), TIM MOLLOY and
JANET BARTEL, Investigators of
the OHLA,

                Defendants,

## ORDER

Pursuant to the Settlement Agreement and Release signed by the parties, it is hereby ordered that Plaintiffs' Motion to Dismiss be, and the same hereby is, granted. This case is dismissed with prejudice with each party waiving any claim for or right to a prevailing party fee award or prevailing party cost award.

Dated: July 26, 2011.

_____
ANN AIKEN, Chief Judge
United States District Court

ORDER - Page 1